**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Wendell Dean Van Meter, et al.  v.  The City of Lanett, Alabama, et al.
Civil Action No.   3:06-cv-583-DRB

The above-styled case has been  reassigned to District Judge Myron H. Thompson.

Please note that the case number is now  3:06-cv-00583-MHT. This new case  number should be used on all future correspondence and pleadings in this action.