IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDELL DEAN VAN METER, <br> NEVA JANE VAN METER, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF LANETT, ALABAMA; OSCAR CRAWLEY, individually and as Mayor of the City of Lanett; KYLE MCCOY, individually and as Lanett City Councilman; JOHN DUSKIN, individually and as Lanett City Councilman; MIKE YARBROUGH, individually and as Lanett City Councilman; JOEL G. HOLLEY, individually and as Lanett City Manager <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     Case No.: 3:06-CV-583-MHT |

## NOTICE OF APPEARANCE

COMES NOW G. Baron Coleman, attorney with the firm Webster, Henry, Lyons & White, P.C., and notifies this Honorable Court and all counsel of record of his appearance as additional counsel for the Defendants.

                                                      /s/ G. Baron Coleman
                                                    G. BARON COLEMAN
                                                    Attorney for the Defendants

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL  36101-0239
Telephone:    (334) 264-9472
Facsimile:     (334) 264-9599

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served upon the following on this the 13th day of February, 2007 via United States Mail, postage prepaid:

James C. Ingram, Jr.
Smith & Ingram
P.O. Box 285
Lanett, AL  36863

William G. Harris
358 North Alston Street
Foley, AL  36535


                                      /s/ G. Baron Coleman
                                OF COUNSEL