IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDELL DEAN VAN METER and NEVA JANE VAN METER,   )<br>)<br>  Plaintiffs,   )<br>)<br>  v.   )<br>)<br>THE CITY OF LANETT, ALABAMA, et al.,   )<br>)<br>  Defendants.   ) | CIVIL ACTION NO.<br>3:06cv583-MHT |

ORDER

It is ORDERED that the motion for summary judgment (doc. no. 8) is set for submission, without oral argument, on February 28, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 14th day of February, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE