IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDELL DEAN VAN METER, ) | |
| NEVA JANE VAN METER, ) | |
|   ) | |
|   Plaintiffs, ) | |
|   ) | |
| v. ) | |
|   ) | |
| THE CITY OF LANETT, ) | |
| ALABAMA; OSCAR CRAWLEY, ) | |
| individually and as Mayor of the City ) | Case No.: 3:06-CV-583-DRB |
| of Lanett; KYLE MCCOY, ) | |
| individually and as Lanett City ) | |
| Councilman; JOHN DUSKIN, ) | |
| individually and as Lanett City ) | |
| Councilman; MIKE YARBROUGH, ) | |
| individually and as Lanett City ) | |
| Councilman; JOEL G. HOLLEY, ) | |
| individually and as Lanett City ) | |
| Manager ) | |
|   ) | |
|   Defendants. ) | |

## MOTION TO CONTINUE

COMES NOW the undersigned counsel and moves this Honorable Court to continue the Pretrial hearing in this case. As reasons therefore, the undersigned would state as follows:

1. The undersigned was just made aware that the Court changed the Pretrial hearing in this matter from August 3, 2007 to August 8, 2007. The undersigned will be out of the country for his twentieth wedding anniversary and will not be able to be present on August 8, 2007.

Therefore, the undersigned would respectfully request the Court to continue the

pretrial hearing so as the undersigned can be present.

                        Respectfully Submitted,

                        /s/ T. Randall Lyons
                        T. RANDALL LYONS (LYO006)
                        Attorney for Above-Named Defendants

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, AL 36101
334-264-9472
334-264-9599

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon the following on this the 23rd day of February, 2007 via United States Mail, postage prepaid:

James C. Ingram, Jr.
Smith & Ingram
P.O. Box 285
Lanett, AL 36863

William G. Harris
358 North Alston Street
Foley, AL 36535

                        /s/ T. Randall Lyons
                        OF COUNSEL