# EXHIBIT C

**PLAINTIFF'S EXHIBIT**
**C**

## LANETT POLICE DEPARTMENT

STATEMENT OF: Jennie Gunnells        Date: 10/28/05
ADDRESS: Lanett City Hall             Time: 1335 Mt
PHONE NUMBER: 334-644-5231            Page 1 of 2 Pages

Mrs. Jennie states that sometime around September 26, 2005 she placed approximately 9 boxes containing personnell files and other personal files in the hallway of the City Hall (west side) to be burned by members of the fire Department. She states that she had spoken with Chief Tim Jennings, ~~Hal Shelley~~ and Capt. Kelly Meacham about destroying the files by burning them. She also states that Captain Kelly Meacham ~~and Terry Daniels, Andy Gray, Austin Bayless and Paul Romine, about coming~~ (only spoke to Kelly) over to get the files to burn, A big sack of files. She states that she began ~~to bring the boxes of files into her office~~ on 9/23/05 to go through them to see what she had to burn. She states that she had a very large Heavy duty Thrash Bag of files that was given to Capt. Meacham for him and his shift to burn. The large Bag of files was suppose to be burned by him on that day. On 9/26/05 she states that she placed the 9 boxes in the Hallway to be burned. I think that they burned the House on October 4, 2005. Mrs. Gunnells states that there was at least once or twice that she spoke to Hal Shelley and he stated that they did not have time to burn the files, he told her that they would probably burn the other files when they burn the House, she is not sure what house he was talking about. — OVER —

## LANETT POLICE DEPARTMENT

STATEMENT OF: Jennie Gunnells - Executive Sec./Personnell    Date: 10/28/05
ADDRESS: City Hall    Time: 1335 M.t.
PHONE NUMBER:    Page 2 of 2 Pages

Mrs. Gunnells states that she is not sure if it was 10/04/2005 when Contesa Meacham and other members of the Fire Department came into the City Hall and removed the remaining 9 boxes that was left to be burned. She states that she is not sure who the other members of the fire department were, but she does know that Fire medic Meacham (Contesa) was one of them. Mrs. Jennie states that Hal Shelley told her that they had scattered the files throughout the house and burned them. Mrs. Jennie states that someone told them that Don Phillips had Bryan Poe's file and it was returned this morning by his Secretary. She states that this was told to her by City manager Joel Holley and Chief Docimo. Mrs. Jennie states that to the best of her knowledge, only fire department personnell would handle the destruction of the city's personnell files. Jennie J. Gunnells