# EXHIBIT F

**PLAINTIFF'S EXHIBIT**
**F**

Lanett Police Department Internal Investigation

Investigator: Detective Teddy Morris

Reference: Missing personnel files

To: Chief Ron Docimo

      On 10-27-2005 Chief Docimo advised me that I was to start an internal investigation into the disappearance of some City personnel files. He stated that the Fire Department had been asked by Jennie Gunnells, City Personnel / Executive Director to burn some old personnel files. He also stated that someone had allegedly removed some of the files and that they had turned up in the hands of some former city employees. He stated that the files were the property of the City of Lanett, and that they did belong to the City of Lanett. He also stated that no one had permission to take them.
      Chief Docimo stated that I would need to talk the Fire Chief and several members of his department along with several members of the Lanett Police Department. He provided myself with a list of personnel that I would need to take statements from and interview during the investigation. The names that he provided to me included the following; Contessa Meacham, Hal Shelley, Willie Kirby, Neal Spears, Chuck Potts, Chief Tim Jennings, Gus Davidson, James Tines, Alissa Compton and John B. Spradlin of the Lanett Fire Department.
      Chief Docimo stated that I would need to Interview Sgt. Tracy Bandy, Sgt. Darryl Hale, and P/O. Michael J. Jones, and Lt. Wendell Dean Van Meter of the Lanett Police Department.
      Chief Docimo stated that I would need to interview Jennie Gunnells and City Manager Joel Holley of the Lanett City Hall.
      On 10-28-2005 I Interviewed Jennie Gunnells, who is the personnel manager for the City of Lanett. She stated that on or around 09-26-2005 she had spoken to Captain Kelly Meacham about burning some personnel files for the City Hall. She also stated that were several large boxes of files that she would have to go through and that they would be ready to burn as soon as possible, she started to go through the files on 09-23-2005. She also stated that she gave Capt. Meacham a large bag of files for his shift to burn around 09-26-2005. She also stated she spoke Hal Shelley sometimes after that about burning the files.

She stated that there were approximately nine boxes of files to be burned. She stated that she was informed by Fire Department personnel that had a house to burn and that they would burn the files when they burn the house. She stated that she spoke Hal Shelley and he told her that burning the files in the barrels was a slow process. She states that the remaining nine boxes were burned by the Fire Department around 10-04-2005 she thinks. She states that Hal Shelley told her that they had scattered the files throughout the house and set it on fire. She also states that on 10-28-2005 she had been advised by City Manager Joel Holley that attorney Don Phillips secretary brought the file that belong to Bryan Poe into the office. Statement in file........

On 10-30-2005 Lt. Van Meter contacted me and he asked if I was investigating him I stated that I could not talk to him at that time and that I would talk to him later. He asked me again and again I said that I could not talk to him at that time, he said that "I have not committed a criminal offense", but it involves some files. I advised him that I was at Church and I could not talk right now. Statement in files.....

On 10-31-2005 I spoke with City Manager Joel Holley in his office and he turned over to me several files that had been given to him by Lt. Van Meter on this date. He stated that Lt. Van Meter had called him on the previous date and said that he had the files. Statement in file.........

On 10-31-2005 I Interviewed Chief Tim Jennings at the Lanett Fire Department and he stated that they had been asked by Mrs. Gunnells to burn and destroy several boxes of personnel records. He states that C-Shift was working on the day that the house was to be burned and that Hal Shelley would be in charge and the remaining files were burned in the house by Shelley and the previously listed Fire Department personnel and Volunteers. Statement in file.....

On 10-31-2005 I Interviewed Corporal Bryan Poe at residence off Judge Bryan Road and he gave me his personnel file at that time and stated that he consulted his attorney and made copies of that file. He would not tell me where he got the files. Statement in file.........

On 11-07-2005 I Interviewed Sgt. Darrell Hale here at the Lanett Police Department and he wrote in his own words that Bryan Poe had contacted him and ask if he had been contacted by anyone in reference to some files that was missing. He stated that he did not know anything and that no one had contacted. Sgt. Hale states that Poe asks Sgt. Hale if Dean had said anything to him and he said no, Poe told him that Dean probably did not trust him. Statement in file.......

On 11-07-2005 I Interviewed Sgt. Tracy Bandy here at the Lanett Police Department and he stated that Lt. Van Meter called him and ask for Stan Ross's phone number and he gave it to him. He stated that Lt. Van Meter asked him to get Stan to give him a call and that it was important. Sgt. Bandy also stated that Lt. Van Meter advised him that he had found several files and that it included Stan Ross and Bryan Poe's files. Sgt. Bandy states that he asked Sgt. Hale about the files and he stated he did not know anything and he did not want to get involved. Sgt. Bandy also stated that he advised Chief Docimo about what he had learned. Statement in file........

On 11-05-2005 I Interviewed Hal Shelley of the Lanett Fire Department and he stated that his shift had tried to burn the files in the barrels and it was a slow process. He also stated that there were several firemen present that day and he did not recall seeing anyone remove any files, but when they were loaded onto the truck to be taken over to the house where they were to be burned he was busy doing other things in or around the fire station. He also provided myself with the names of the Fire Department personnel present on the day the house was burned. He stated that he did not see anyone take any files while he was present.   Statement in file......

On 11-05-2005 I spoke with Stan Ross via Southern Linc in reference to this Investigation and he stated to me at that time that he had his file and he would not give me a formal statement or any other details before he consult his attorney. I advised him that file was property of the City of Lanett and that I was conducting an internal Investigation and that other actions maybe taken.   Statement in file.......

On 11-05-2005 I met with Harry Hudson at the Lanett Post Office where he working at the time, via telephone I ask if I could come by there and talk to him and said yes. I went over to Post Office where I told him what I was there for and he stated that no one had contacted him in reference to his personnel file.   Statement in file.......

On 11-05-2005 I Interviewed Contessa Meacham at the Lanett Fire Department where she wrote that on or around 10-03-2005 she was advised by her supervisor that they would be burning some files for the City Hall. She stated that they first attempted to burn the files in barrels, but later loaded them onto truck # 827 where they were taken over to the house that was to be burned. She also states that at one time she did see Lt. Van Meter going through the files but she did not see him take any. Statement in file.......

On 11-05-2005 I Interviewed Willie Kirby at the Lanett Fire Department where he wrote that on or around 11-03-2005 he along with other personnel from the Fire Department traveled over to a house several blocks from the fire station where the files were placed throughout the house and burned. He states he did not see anyone take any files.   Statement in file...........

On 11-08-2005 I Interviewed Chuck Potts at the Lanett Fire Department and he wrote that on or around 11-03-2005 he along with other personnel from the Fire Department attempted to burn files in barrels and it was a slow process. He states that while this was being done he did see Lt. Van Meter looking through some of the files and that he believes that he saw Lt. Van Meter leave with something in his hands after about 10 to 15 minutes. He also states that they transported the files over to the house where they were to be burned.   Statement in file........

On 11-09-2005 I spoke Ricky Price via telephone and stated that Lt. Van Meter had contacted him and Van Meter stated that the City of Lanett was destroying some personnel files and that he had his file and he wanted to know if he wanted it. Ricky said that he told him if it they were going to be thrown away he would pick it up the next time he was in Chambers County.

Ricky stated he was contacted again by Van Meter about a week later and that Van Meter said that there was an Investigation conducted in reference to the missing files, and he did not want them if it was going to be a problem give them back. Ricky stated that he would be sending me an affidavit stating such in a few days.   Statement in file.........   Copy of affidavit in file.......(fax) (hard copy)

On 11-10-2005 I Interviewed Stan Ross at the State Fire Marshall's Office in Montgomery, Alabama, where he wrote that he received his personnel file from Lt. Van Meter. He stated that Van Meter told him that he took the files from the back of a pick-up truck and thought that he (Stan) would like to have his file.   Statement in file..........

On 11-10-2005 I Interviewed James E. Tines at the Lanett Fire Department and he wrote that he does not recall the day that the Fire Department burned the house and that he was only there for approximately ten minutes and did not see anyone take any files.     Statement in file...........

On 11-14-2005 I Interviewed Jimmy Spears (Neal) while at the Lanett Fire Department and he states that he is not sure of the exact date but it was the day that were supposed to burn the house on North Second Avenue. He states while burning files at the Fire Department Lt. Van Meter came up and asked what was they doing and someone said that they burning files. He then began to go through the files and he saw Van Meter leave with what he thinks was a handful.   Statement in file..........

On 11-14-2005 I Interviewed Alissa Compton where I met her at Bridges Travel Plaza and she stated on or about 11-03-2005 she was present the day when the house was burned on North Second Avenue. She states that she did not see anyone take any files.     Statement in file..........

On 11-15-2005 I Interviewed John B. Spradlin at the Lanett Fire Department and he states that he did not know any files was in the house until the house was set on fire nor did he see anyone take any of the files.    Statement in file..........

On 11-15-2005 I attempted to make contact with Peggy Hester at the number I was given by her x-husband, it was the Palm County Jail and they stated that she did not work for them any longer.     Statement in file........

On 11-16-2005 I received a faxed copy of an affidavit from Richard E. Price and it was placed into the file.    See file / affidavit.......

On 11-18-2005 I Interviewed Michael J. Jones at the Lanett Police Department after I was told by Chief Docimo that someone over heard him make a statement on the T.V. show Rumor's has it about the paid administrative leave of Lt. Van Meter. He stated that he did not know of the Investigation and he was only commenting because he thought that suck for a veteran to be suspended when we need their experience on the road.    Statement in file.............

On 11-18-2005 I Interviewed Gus Davidson at the Lanett Fire Department where stated that he came up after the fire was started and he did not see any files nor did he see anyone take any files.    Statement in file...........

On 11-21-2005 I Interviewed Lt. Wendell Dean Van Meter at the Lanett Police Department where he had a pre-typed statement once I explained to him the reason why he was called to the Police Department. He states that he saw members of the Fire Department throwing away some files and ask them what was they doing, they said that throwing away some old files. He states that he asked if they had seen his files and someone said that your file had been burned. He states that he began to look through the files and got some of his old friends to give to them.

He states that Eddy Chandler later told him that he was under Investigation for taking the files and that Teddy Morris was conducting the Investigation. He states that he called Chief Docimo and Chief told him that he could not comment on that right now. He stated he then called me and I said I could not comment on that. He stated he then called Joel Holley and he told him that he was under Investigation. He stated that he City Manager Holley that he had the files and that he would return them on the next day.    Statement in file.........

I asked him if he had told anyone to sue the City of Lanett over the handling of the files and he said no. He stated that he did try to contact Greg Ray, Peggy Hester, Stan Ross, Ricky Price and Bryan Poe about their files. He further states that he gave Stan Ross and Bryan Poe their files. He stated that he does remember which firemen were present the day he took the files.    Statement in file..........

On 11-22-2005 I Interviewed Captain Kelly Meacham at the Lanett Fire Department and he stated that his shift was asked by a member of the City Hall to burn some of the files. He stated that he is unsure of the exact date but he thinks it was the last week of September. He stated that his shift did burn one large thrash bag of files and that he did not see anyone take or remove any of the files.    Statement in file.......

On 11-22-2005 I Interviewed Terry Daniels at the Lanett Fire Department and he stated that he was not sure of the date, but he was present also when the files were burned at the fire station and that he did not see anyone take or remove any files. Statement in file..........

On 11-22-2005 I Interviewed Travis Austin Bayles at the Lanett Fire Department and he stated that he was not sure of the date, but that he was present when the files was burned and that he did not see anyone take or remove any files. Statement in file..........

## Internal Investigation Conclusion

Date: 11-22-2005

After Completing this Investigation it has been shown through these statements that Lt. Van Meter improperly obtained and disseminated the personnel files to people who are no longer employed by the City of Lanett.

According to section VII of the City of Lanett Employee Personnel Handbook group II offenses, (1) a (10), which is theft, destruction, careless or negligent use or willful damage of City property or property of others.

Detective Teddy Morris
Lanett Police Dept. / C.C.D.T.F.