# EXHIBIT G

# City of Lanett
# Lanett, Alabama

# Employee Personnel Handbook



August 1, 2004

PLAINTIFF'S EXHIBIT
G

  (2) Due process procedures as established by federal law and/or the city's policies and procedures will be strictly adhered to whenever any disciplinary action such as suspension, demotion, or dismissal of a permanent status employee is anticipated.

). PROCEDURES.

1. The personnel officer is be responsible for ensuring that an employee's rights are protected and the employee is informed in writing by his/her department head of his/her rights.

2. Normally, disciplinary actions will be administered uniformly and in progressive steps in the order listed.

3. All disciplinary actions, to include formal counseling, will be recorded and filed in the employee's personnel record. In no case will a counseling or warning report be made and placed in an employee's personnel file without his/her knowledge.

4. Disciplinary action normally will be initiated by the employee's immediate supervisor. Where the offense is severe, final action will be vested in the city manager. In all cases, except informal counseling, the personnel officer will be notified of all disciplinary actions.

5. In those disciplinary actions involving the deprivation of an employee's rights, such as demotion, suspension without pay, and/or involuntary dismissal, the city manager will ensure that required due process procedures are strictly adhered to. Before the effective date of the proposed discipline, the city manager will provide the employee in writing: (a) the reason(s)

27