# EXHIBIT I

**PLAINTIFF'S EXHIBIT**
I

STATE OF ALABAMA      )
                      )
CHAMBERS COUNTY       )

### AFFIDAVIT OF EDDIE CHANDLER

Before me the undersigned notary public in and for said county and state, personally appeared Eddie Chandler, who after first being duly sworn, deposes and says the following:

My name is Eddie Chandler. I am a resident of Lanett, Chambers County, Alabama. I am employed by Troup Bonding Company as a bondsman. Due to my employment, I am frequently required to go to various police departments.

Sometime during the last of October or first of November 2005, I was at the Lanett Police Department conducting business. While I was there, I had conversations with several of the police officers. On this occasion, one of the police officers informed me that Lieutenant Dean Van Meter was under investigation regarding some old personnel files. I believe, but am not positive, that Sgt. Tracy Bandy was the officer that informed me of the investigation. I was told that Detective Teddy Morris was conducting the investigation, and that the city was going to "get rid of Dean".

The next day, I had the occasion to talk to Lieutenant Van Meter. I asked him about the investigation. He said that he was unaware of any such investigation, but would find out. I am not sure of the exact dates of my conversation at the police department and with Lieutenant Van Meter. However, I do remember that it was prior to Van Meter being placed on administrative leave and ultimately being fired.

I have personal knowledge of the matter referred to above. The information stated in

this affidavit is true and correct to the best of my knowledge.

Done this 25th day of February 2007.

_____
Eddie Chandler
AFFIANT

SWORN TO AND SUBSCRIBED before me this 25th day of February 2005.

_____
Notary Public
My Commission Expires _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 14, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS