# EXHIBIT J

# DEPOSITION OF NEVA JANE VAN METER

## December 8, 2006

## Pages 1 through 31

### CONDENSED TRANSCRIPT AND CONCORDANCE PREPARED BY:

Haislip, Ragan, Green, Starkie & Watson, P.C.
566 South Perry Street
Post Office Box 62
Montgomery, AL 36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

Page 1

```
1        IN THE UNITED STATES DISTRICT COURT
2         FOR THE MIDDLE DISTRICT OF ALABAMA
3                  EASTERN DIVISION
4
5   WENDELL DEAN VAN METER,
    NEVA JANE VAN METER,
6
         Plaintiffs,
7
    Vs.                    CIVIL ACTION NO.
8                          3:06-CV-583-DRB
    THE CITY OF LANETT,
9   etc., et al.,
10       Defendants.
11
12           * * * * * * * * * * * *
13
14      DEPOSITION OF NEVA JANE VAN METER, taken
15   pursuant to stipulation and agreement before Lisa
16   J. Nix, Registered Professional Reporter and
17   Commissioner for the State of Alabama at Large, in
18   the Law Offices of James Ingram and William Harris,
19   2005 South Broad Avenue, Lanett, Alabama on Friday,
20   December 8, 2006, commencing at approximately
21   11:50 a.m. CST.
22
23           * * * * * * * * * * * *
```

Page 2

```
1              APPEARANCES
2
3   FOR THE PLAINTIFF:
4   Mr. James Ingram
    Mr. William Harris
5   Attorneys at Law
    2005 South Broad Avenue
6   Post Office Box 1175
    Lanett, AL 36863
7
8   FOR THE DEFENDANT:
9   Mr. T. Randall Lyons
    WEBSTER, HENRY, LYONS & WHITE
10  Attorneys at Law
    418 Scott Street
11  Montgomery, Alabama
12
13           * * * * * * * * * * * *
14
15
            EXAMINATION INDEX
16
17  NEVA JANE VAN METER
       BY MR. LYONS . . . . . . . . . . .  4
18
19
20
21  (No exhibits were marked to this deposition.)
22
23
```

Page 3

```
1                  STIPULATION
2       It is hereby stipulated and agreed by and
3   between counsel representing the parties that the
4   deposition of NEVA JANE VAN METER is taken pursuant
5   to the Federal Rules of Civil Procedure and that
6   said deposition may be taken before Lisa J. Nix,
7   Registered Professional Reporter and Commissioner
8   for the State of Alabama at Large, without the
9   formality of a commission, that objections to
10  questions other than objections as to the form of
11  the question need not be made at this time but may
12  be reserved for a ruling at such time as the said
13  deposition may be offered in evidence or used for
14  any other purpose by either party provided for by
15  the Statute.
16      It is further stipulated and agreed by and
17  between counsel representing the parties in this
18  case that the filing of said deposition is hereby
19  waived and may be introduced at the trial of this
20  case or used in any other manner by either party
21  hereto provided for by the Statute regardless of
22  the waiving of the filing of the same.
23      It is further stipulated and agreed by and
```

Page 4

```
1   between the parties hereto and the witness that the
2   signature of the witness to this deposition is
3   hereby waived.
4
5            * * * * * * * * * * * *
6
7              NEVA JANE VAN METER
8        The witness, after having first been duly
9   sworn to speak the truth, the whole truth and
10  nothing but the truth testified as follows:
11                EXAMINATION
12  BY MR. LYONS:
13  Q.  Could I get you to state your full name for
14      the Record, please, ma'am.
15  A.  Like maiden name also? I dropped it.
16  Q.  Whatever you go by.
17  A.  Neva, N-E-V-A, Jane Van Meter.
18  Q.  Ms. Van Meter, my name is Randy Lyons. I
19      represent the City of Lanett in a lawsuit
20      that you and your husband have filed.
21      I took your husband's deposition
22      earlier today, and I'm taking your
23      deposition to ask you just a few questions,
```

Page 5

1  some to find out a little bit more about
2  you and to ask you about your claims in
3  this lawsuit.
4       If I ask you anything you don't
5  understand, stop me and tell me and I'll
6  rephrase it or re-ask it to where you and I
7  understand each other. Okay?
8  A. (Witness nods head up and down.) Right.
9  Q. Make sure you answer out yes or no or
10  whatever, not just a nod of the head or an
11  uh-huh or huh-uh.
12  A. Okay.
13  Q. And if you answer my question, I'm going to
14  assume you understood it. Okay?
15  A. Okay.
16  Q. Have you ever given a deposition before
17  today?
18  A. Yes.
19  Q. And what kind of case was that in?
20  A. Oh, my gosh. It was one where two of our
21  friends got killed on the interstate, and
22  we saw the boys before they got it. And
23  the truck driver was saying that they had

Page 6

1  been harassing him all the way from
2  Montgomery, but we knew that wasn't true.
3  And that was about 30 something years ago
4  probably.
5  Q. So you were just a witness?
6  A. Right, but I still had to swear. I mean,
7  I'm sorry.
8  Q. You weren't a party to the lawsuit? You
9  were just a witness to the accident or what
10  was going on?
11  A. We were a witness that they had left.
12  Q. Okay. But you still had to swear. You're
13  right.
14       Any other depositions you've given
15  other than that?
16  A. Not that I know -- I can recall at this
17  time.
18  Q. Okay. Have you ever been a plaintiff in
19  any other kind of lawsuit other than this
20  case, where you sued someone?
21  A. Not that I know of.
22  Q. Have you ever been a defendant in any
23  lawsuit where someone has sued you?

Page 7

1  A. Other than, like, police things and all,
2  no. Well, no, I haven't never been in one,
3  no.
4       You make me nervous. Did you know
5  that?
6  Q. I make you nervous?
7  A. Yes, you sure do.
8  Q. I'm sorry. I would never intend to make
9  you nervous. I'm sorry. Just take a deep
10  breath. I'm not going to bite you. I'll
11  sit way over here. This is as loud as I'll
12  ever talk.
13  A. Thank you.
14  Q. So there's no need to be nervous. Okay?
15  A. All right. Thank you.
16  Q. You said you've never been a plaintiff in
17  any other lawsuit. Have you ever been a
18  defendant where anyone has sued you? You
19  said something about police. Have you been
20  a police officer?
21  A. No.
22  Q. Okay.
23  A. I just know that a long time ago -- it was

Page 8

1  probably about when Dean was way, way in
2  policing, he had a wreck in a police car
3  and a lady sued him -- sued the sheriff's
4  department. I didn't know if that was it
5  or not.
6  Q. Only if they had sued you.
7  A. Oh, no. No.
8  Q. I'm going to ask you a series of questions
9  I ask everybody. I don't mean to offend
10  you by asking you these questions. Okay?
11       Have you ever filed for bankruptcy?
12  A. No.
13  Q. Have you ever filed for disability?
14  A. No.
15  Q. Have you ever been arrested for anything?
16  A. No.
17  Q. What is your date of birth?
18  A. 5-29-52.
19  Q. Your social security number?
20  A. 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.
21  Q. Thank you. Do you have an Alabama driver's
22  license?
23  A. Alabama 3003919.

Page 9

1   Q. Does it have any restrictions on it?
2   A. No, sir.
3   Q. Has it ever been suspended or revoked for
4     any reason?
5   A. No, sir. It's got some stuff on it I don't
6     need, like vehicle -- I mean a vessel
7     license and all that they put on it that
8     I've never done.
9   Q. You have a boat license, but you've never
10    taken the test?
11  A. I was grandfathered in.
12  Q. Oh, okay. You just never know when you
13    might need it.
14  A. I've got a motorcycle license, too, but I
15    can't drive a motorcycle.
16  Q. Do you have a CDL like your husband does?
17  A. No, sir, I haven't done that yet. I can
18    drive a horse.
19  Q. You don't have to have a license with that,
20    though.
21  A. No, yet.
22  Q. Yet. Okay.
23       As far as the claims in this lawsuit,

Page 10

1     you didn't have any involvement when your
2     husband obtained these personnel files, did
3     you? You weren't with him?
4   A. Oh, no, sir.
5   Q. Did you know anything about him getting the
6     personnel files?
7   A. What do you mean?
8   Q. When did you first learn that he had
9     obtained any personnel files?
10  A. When they were talking.
11  Q. When who was talking?
12  A. I mean, it was all over the newspaper and
13    everything else.
14  Q. Okay. This is once, then, the City has
15    called him in about disciplining him about
16    the situation?
17  A. Right. Because, I mean, he -- I don't like
18    to hear police work, a lot of stuff, and he
19    doesn't like to hear my work, a lot of
20    stuff.
21  Q. Okay.
22  A. And we talk just general like husband and
23    wife, I mean, just ...

Page 11

1   Q. Let me ask you this. Before he had any
2     kind of disciplinary action by the City of
3     Lanett, did you know anything about him
4     having any personnel files?
5   A. Yes.
6   Q. You did. Okay. When did you first learn
7     that he had any personnel files?
8   A. When they said they were going to fire him.
9   Q. So when the City told him that he was going
10    to be terminated, that's the first time you
11    knew that he had any personnel files?
12  A. To be honest, I don't exactly know the time
13    that I was -- I remember that all of this
14    was going on, but I don't remember if it
15    was going through that or if it was after
16    it came out or what.
17  Q. Okay.
18  A. Because like I said, I don't -- I hear a
19    lot of police work and -- he doesn't like
20    to hear my work, so I try not to hear a lot
21    of his work.
22  Q. Is that the way it's been for quite some
23    time?

Page 12

1   A. It's been that -- well, it's just --
2     just -- if you don't want to hear my work,
3     I don't want to hear yours. I mean --
4   Q. Well, I'm asking, though, how long has that
5     been going on like that?
6   A. I don't know.
7   Q. Several years?
8   A. Well, I hear police things, you know, when
9     he talks to other officers, so I can't say
10    that --
11       I don't know what you're trying to get
12    at, what you want me to say.
13  Q. All I'm asking is --
14  A. I know. But, I mean, I hear police work a
15    lot and I hear other policemen that come
16    over and stuff like that, and I read stuff
17    in the papers.
18  Q. Let me ask you my question.
19  A. Okay. I'm sorry.
20  Q. That's okay. You said -- or my
21    recollection of what you said was that
22    basically if he didn't want to hear about
23    your work, then you didn't want to

Page 13

1  necessarily hear about his work. Isn't
2  that what you said?
3  A. Basically.
4  Q. All I'm asking is, is that attitude
5  something that has just recently occurred
6  or is that something that you've kind of
7  felt like that for several years? That's
8  all I'm asking.
9  A. It's more recent.
10 Q. Within the past year or more than the past
11 year?
12 A. Probably within the past year.
13 Q. Would it have been, then, since his
14 termination from the City of Lanett that
15 you have taken up this attitude about I
16 don't want to hear about your work if you
17 don't want to hear about mine?
18 A. Well, it got Dean upset because Dean --
19 Dean has got tapes where he has nearly got
20 shot and all like that, and the only thing
21 that saved him was God. Because the only
22 thing that kept him from getting killed was
23 the reflection of a guy with a gun pointing

Page 14

1  to him in the mirror, and he has still got
2  that tape.
3       And for a long time -- He pulled two
4  boys out of a truck when he was with the
5  sheriff's department. He can still tell
6  you right now what those kids had on.
7       I mean, he was that dedicated. And he
8  was extremely hurt over the whole situation
9  because he gave his life for that place.
10 Q. Okay.
11 A. And that's when I decided then I didn't --
12 you know, I didn't want to hear any more
13 about Lanett. I'm sorry.
14 Q. That's what I'm asking.
15 A. I mean, because he was so hurt.
16 Q. I just want to find out, when did that
17 start? So before he was terminated with
18 Lanett, you did listen to each other --
19 A. I did listen to all -- I mean, I would
20 listen to him as -- just like your wife
21 listens to you if you have a problem or if
22 you have something that's on your mind.
23 You listen to her. I listened to him the

Page 15

1  same way.
2  Q. Did he listen to you about your work at
3  that time before he got terminated from
4  Lanett?
5  A. Well, he doesn't understand my work.
6  Q. What do you do?
7  A. I'm a billing clerk for -- I fool with
8  computers.
9  Q. You work for Huguley Water Works?
10 A. Right. Huguley Water Authority & Fire
11 Protection. And I deal with computer
12 things a lot, and sometimes -- you know, if
13 you're talking about, you know, bytes and
14 stuff like that, he doesn't know, so I ...
15 Q. So if you get to be too technical on what
16 you're talking about, he doesn't -- either
17 doesn't want to know or doesn't understand?
18 A. I don't think he understands it.
19 Q. How long have you worked for Huguley?
20 A. Be 20 -- no, 19 years this month.
21 Q. You told me that he was upset. Did you go
22 to any of the hearings with the City of
23 Lanett with him?

Page 16

1  A. I was not allowed to go in. They wouldn't
2  let us in.
3  Q. So you were there but weren't allowed to go
4  in?
5  A. Right.
6  Q. Were you at the city council hearing where
7  the city council voted for his termination?
8  A. Well, we were there when they called him in
9  the other office. They said that we could
10 have an open meeting, and all of us came
11 there. Then they said we couldn't have it
12 because something about it was discussing
13 his character or something and some other
14 something they said.
15 Q. Okay. So you went to some meeting and --
16 A. I went to one, and they would not let us
17 in.
18 Q. You went to a meeting, and they would not
19 let you in because --
20 A. Well, let me rephrase it. We went in, but
21 they told us to leave, to go out.
22 Q. Okay. What you're telling -- Let me see if
23 I understand it. You're saying you went to

Page 17

1   a meeting. You went into the meeting. You
2   were told that you needed to leave because
3   they were going to be discussing his
4   character; is that right?
5   A. Well, they told us it was an open meeting.
6   And then when we got there and the
7   auditorium was full and there were people
8   outside, they said then it would not be an
9   open meeting. It would be a closed
10  meeting.
11  Q. Okay.
12  A. And they wouldn't let anybody go in but
13  him, and I'm not sure --
14      THE WITNESS: I think you --
15  Q. Probably his lawyers.
16      MR. INGRAM: We were there.
17  A. They were there, but they wouldn't let us
18  in. Because we had to stay out in the
19  sprinkling rain.
20  Q. Why did they tell you that they would not
21  let you stay, if they told you?
22  A. They told us, and I can't remember exactly
23  why.

Page 18

1   Q. Okay. But they -- Not only you, but they
2   made everybody else --
3   A. They made everybody leave.
4   Q. Okay. So it wasn't as if they singled you
5   out. They made everybody go?
6   A. They made everybody go because there were
7   so many people there.
8   Q. So other than that one meeting, did you go
9   to any other meetings, hearings or
10  whatever?
11  A. No.
12  Q. Have you had any discussion with anybody at
13  the City of Lanett about this incident with
14  your husband?
15  A. I've had several people that have said that
16  they've -- that they really liked Dean and
17  he was a real good police officer.
18  Q. Who told you that?
19  A. I don't know. It's just several employees
20  from -- I mean, I'm in a lot of stuff, and
21  I know a lot of people.
22  Q. Okay. But as far as anybody in particular,
23  you can't think of anybody in particular

Page 19

1   that's told you that?
2   A. At this very moment, I couldn't tell any
3   names.
4   Q. Okay. Have you ever spoken with the mayor,
5   anybody with the city council about this?
6   A. No. Joel came on my job and asked me how
7   my mother was doing one day.
8   Q. Okay. Did you ask him about -- or talk to
9   him about this --
10  A. No, I asked him how his mother and daddy
11  was doing.
12  Q. Other than that, no other conversation?
13  A. I haven't talked to Joel. I haven't talked
14  to ... I try to avoid them.
15  Q. You understand this is the only time I get
16  to ask you questions, and so I don't know
17  whether you've talked to anybody or not.
18  That's the reason I'm asking. I'm not
19  trying to pick at you.
20  A. I mean, if I have, I do not recall it at
21  this time.
22  Q. That's fine. I'm just trying to find out
23  if you have.

Page 20

1       And as far as your claim, you have a
2   claim for loss of consortium in this case.
3   Do you know -- What do you base your claim
4   on? What is your loss of consortium base
5   upon?
6   A. Well, since they've let him go, I've
7   basically caught hell at home. I'll be
8   honest. I'm a very Christian person, and I
9   will tell you that.
10  Q. Can you give me some examples?
11  A. We sleep in separate rooms now.
12  Q. Y'all didn't sleep in separate rooms
13  before?
14  A. No.
15  Q. And whose choice was that?
16  A. I don't know.
17  Q. And I don't mean -- I'm not trying to pry,
18  but when you make this claim, I have to ask
19  these questions.
20      If you need to take a break, you tell
21  me and we'll stop at any time. Do you want
22  to take a break for a second?
23  A. (Nods head up and down.)

Page 21

1   (Brief recess was taken.)
2   Q.  We were talking about -- before we took a
3       break, you said y'all were staying in
4       separate rooms. Any other way that it's
5       affected your relationship other than --
6   A.  Yeah, a lot of things. He's drinking
7       more. Everything I do is wrong.
8       Everything -- if I pick up this can, it's
9       wrong and I get cussed out.
10          He's going through a bad depression.
11      He thinks everybody has turned their back
12      on him. He used to have places that would
13      call and ask him if he would go to work for
14      them. Not now. He couldn't even get a
15      job.
16          And then you get your bills set up with
17      two incomes like that, and all of a sudden
18      it's cut down. Have you ever had your
19      lights cut off? We have.
20  Q.  You have?
21  A.  We have.
22  Q.  Okay.
23  A.  We were always being -- giving to Toys For

Page 22

1       Tots and helping them at Christmas, DHR.
2       DHR called this time, and we couldn't help
3       them.
4           My husband did not see my kids grow up
5       because he was so dedicated to police
6       work. He went to a ball game that Michael
7       was playing in. He got to come for one
8       quarter. And Peggy Hester that was working
9       for the police department came and got
10      him. They had a burglary.
11          He gave his whole life for this, and
12      now he feels like he's betrayed, totally
13      betrayed.
14  Q.  Have y'all had any marriage counseling or
15      anything like that?
16  A.  No.
17  Q.  Are you taking any kind of medication
18      because of this?
19  A.  I take Xanax.
20  Q.  And who prescribed that for you?
21  A.  Dr. Hemberg. But I take it when I need
22      it. I know when I need it and when I
23      don't.

Page 23

1   Q.  So it's not something you take on a daily
2       basis?
3   A.  No. It's something that I am -- I used to
4       be a nurse, and I am not -- I would rather
5       not take a medication than get addicted to
6       one. A daily basis as prescribed, I do not
7       take it because I will not. I have my
8       faith.
9   Q.  Where do you attend church?
10  A.  Happy Valley Baptist Church. That's a
11      fantastic church. If you're there
12      sometime, we would very welcome you to
13      come.
14          THE WITNESS:  And you, too.
15  Q.  Do you hold any office in the church?
16  A.  No, I'm in the choir, which I had to drop
17      out of it for a little while because Dean
18      was -- Dean was, well, you're going to
19      choir practice, you're going to this,
20      you're going to that. You don't want to be
21      home with me.
22          I mean, I have caught it. I dropped
23      out for several months, and then I went

Page 24

1       back because my faith is with me. And
2       that's how I can serve Him, and I'm going
3       to do it.
4   Q.  Is there any specific instance that you can
5       think of that stands out in your mind
6       that's been an argument, fight or anything
7       else that stands out in your mind because
8       of this, or is it just kind of --
9   A.  If I do anything now, it's wrong. If I
10      pick up this can, it's wrong.
11  Q.  You mentioned that. I was about to say, is
12      it just kind of an all-the-time type thing
13      that --
14  A.  It's every day. It's every day.
15  Q.  Y'all have not separated at any point?
16  A.  No, I do not believe in it.
17  Q.  Okay. Had you ever had any kind of marital
18      problems prior to his being terminated with
19      the City of Lanett?
20  A.  Not that I can remember.
21  Q.  Never had any separations or any other --
22  A.  No.
23  Q.  -- where y'all stayed in separate rooms

Page 25

1   before this?
2   A. No.
3   Q. Has anybody talked with you about any claim
4      that Dean was accused of stealing anything
5      from the City?
6   A. Maybe in general conversation, but I cannot
7      tell you -- I couldn't honestly tell you.
8   Q. Okay.
9   A. Right now, I am -- I try to block things
10     out, and a lot of things I totally block
11     out due to being hurt.
12  Q. So as far as if you've heard anybody, it
13     may have been general conversation? You
14     can't think of anything specific?
15  A. No, I can hold a conversation with you and
16     be blocked out.
17  Q. Okay.
18  A. Because it's like I say now, you hear it,
19     but you get to the point where you don't
20     want to hear it. If you're with somebody
21     that everything you did was wrong, would
22     you not block it out?
23  Q. Well, I guess I'm asking, though, outside

Page 26

1      of your husband, have you had anyone else
2      tell you that you can recall that he was
3      accused of stealing anything?
4   A. I don't know. I could not ...
5   Q. All I want is basically that -- The reason
6      for my question is this. If we end up
7      having to go to trial in this case and you
8      got on the stand and said, well, so-and-so
9      came and told me this or that and I had
10     asked you and you didn't tell me, that
11     would be -- that's why I'm asking, so ...
12  A. Like I said, I have heard, but I cannot
13     tell you specifically. I mean, because
14     this was -- this was the whole, like, talk
15     of the town deal.
16        You can hear different things from
17     rumors and people, but it's not like -- I
18     can't remember everybody I had a
19     conversation with two years ago. I can't.
20     Or who said what for two years, I can't do
21     that. If I told you I could, I would be
22     lying.
23  Q. Do y'all have children?

Page 27

1   A. I have two sons, and we're raising a
2      granddaughter. And we do all the -- all
3      expenses for her. We have custody.
4   Q. How old is she?
5   A. She's eight.
6   Q. What grade is she in?
7   A. She's in third.
8   Q. Has it caused y'all problems being able to
9      pay for things for her?
10  A. (Nods head up and down.) Yes, sir.
11  Q. What's her name?
12  A. Britiany, B-R-I-T-I-A-N-Y, Nicole. In
13     fact, we were short one week on day care,
14     and my youngest son paid for it. And they
15     buy a lot of her clothes. And that's not
16     his daughter.
17  Q. Does your son live here, the younger one?
18  A. Uh-huh. (Positive response.) He lives
19     here. Both of them live here.
20  Q. And what are your sons' names?
21  A. Preston, and the youngest one is Michael.
22  Q. Is Preston employed anywhere?
23  A. Right now, he's supposed to be on no work

Page 28

1      available.
2   Q. He's on no work available?
3   A. Right. It's like -- He works
4      construction. If they don't have anything,
5      they don't work.
6   Q. Okay. So he's on no work available?
7   A. Right. That's the best way to put it. I
8      mean, no work.
9   Q. Where does Michael work?
10  A. Michael works at Milliken.
11  Q. Is Preston married?
12  A. Preston is married.
13  Q. What's his wife's name?
14  A. Rhonda.
15  Q. Does she work anywhere?
16  A. She works at Wendy's.
17  Q. Wendy's?
18  A. Right.
19  Q. And Michael, is he married?
20  A. Michael is married to Dixie.
21  Q. And where does she work?
22  A. She works at the operating room at George
23     H. Lanier Hospital.

Page 29

1    Dean was a good policeman. I'm
2    serious.
3    Q. I mean, that's not what I'm here to ask you
4    questions about.
5    A. I know.
6         MR. LYONS: I appreciate your
7            coming today. I don't think I
8            have anything else to ask
9            you. Thank you, ma'am.
10        THE WITNESS: Thank you.
11
12
13
14
15
16        * * * * * * * * * * * *
17        FURTHER DEPONENT SAITH NOT
18        * * * * * * * * * * * *
19
20
21
22
23

Page 30

1    REPORTER'S CERTIFICATE
2    STATE OF ALABAMA:
3    MONTGOMERY COUNTY:
4        I, Lisa J. Nix, Registered Professional
5    Reporter and Commissioner for the State of Alabama
6    at Large, do hereby certify that I reported the
7    deposition of:
8        NEVA JANE VAN METER
9    who was first duly sworn by me to speak the truth,
10   the whole truth and nothing but the truth, in the
11   matter of:
12       WENDELL DEAN VAN METER, NEVA JANE VAN
13       METER,
14       Plaintiffs,
15       Vs.
16       THE CITY OF LANETT, etc., et al.,
17       Defendants.
18       In The U.S. District Court
19       For the Middle District of Alabama
20       Northern Division
21       Case Number 3:06-CV-583-DRB
22   on Friday, December 8, 2006.
23       The foregoing 29 computer printed pages

Page 31

1    contain a true and correct transcript of the
2    examination of said witness by counsel for the
3    parties set out herein. The reading and signing of
4    same is hereby waived.
5        I further certify that I am neither of kin
6    nor of counsel to the parties to said cause nor in
7    any manner interested in the results thereof.
8        This 19th day of December 2006.
9
10
11       _____
         Lisa J. Nix, Registered
12       Professional Reporter and
         Commissioner for the State
13       of Alabama at Large
14
15
16
17
18
19
20
21
22
23

### A
able 27:8
about 5:1,2 6:3 7:19 8:1 10:5,15,15 11:3 12:22 13:1,15,16,17 14:13 15:2,13,16 16:12 18:13 19:5,8,9 21:2 24:11 25:3 29:4
accident 6:9
accused 25:4 26:3
action 1:7 11:2
addicted 23:5
affected 21:5
after 4:8 11:15
ago 6:3 7:23 26:19
agreed 3:2,16,23
agreement 1:15
al 1:9 2:6 30:16
Alabama 1:2,17,19 2:11 3:8 8:21,23 30:2 30:5,19 31:13
allowed 16:1,3
all-the-time 24:12
always 21:23
answer 5:9,13
anybody 17:12 18:12 18:22,23 19:5,17 25:3,12
anyone 7:18 26:1
anything 5:4 8:15 10:5 11:3 22:15 24:6,9 25:4,14 26:3 28:4 29:8
anywhere 27:22 28:15
APPEARANCES 2:1
appreciate 29:6
approximately 1:20
argument 24:6
arrested 8:15
asked 19:6,10 26:10
asking 8:10 12:4,13 13:4,8 14:14 19:18 25:23 26:11
assume 5:14
attend 23:9
attitude 13:4,15
Attorneys 2:5,10
auditorium 17:7
Authority 15:10
available 28:1,2,6
Avenue 1:19 2:5
avoid 19:14
a.m 1:21

### B
back 21:11 24:1
bad 21:10
ball 22:6
bankruptcy 8:11
Baptist 23:10
base 20:3,4
basically 12:22 13:3 20:7 26:5
basis 23:2,6
before 1:15 3:6 5:16,22 11:1 14:17 15:3 20:13 21:2 25:1
being 21:23 24:18 25:11 27:8
believe 24:16
best 28:7
betrayed 22:12,13
between 3:3,17 4:1
billing 15:7
bills 21:16
birth 8:17
bit 5:1
bite 7:10
block 25:9,10,22
blocked 25:16
boat 9:9
Both 27:19
Box 2:6
boys 5:22 14:4
break 20:20,22 21:3
breath 7:10
Brief 21:1
Britiany 27:12
Broad 1:19 2:5
burglary 22:10
buy 27:15
bytes 15:13
B-R-I-T-I-A-N-Y 27:12

### C
call 21:13
called 10:15 16:8 22:2
came 11:16 16:10 19:6 22:9 26:9
car 8:2
care 27:13
case 3:18,20 5:19 6:20 20:2 26:7 30:21
caught 20:7 23:22
cause 31:6
caused 27:8
CDL 9:16
CERTIFICATE 30:1
certify 30:6 31:5
character 16:13 17:4
children 26:23
choice 20:15
choir 23:16,19
Christian 20:8
Christmas 22:1
church 23:9,10,11,15
city 1:8 4:19 10:14 11:2 11:9 13:14 15:22 16:6,7 18:13 19:5

24:19 25:5 30:16
Civil 1:7 3:5
claim 20:1,2,3,18 25:3
claims 5:2 9:23
clerk 15:7
closed 17:9
clothes 27:15
come 12:15 22:7 23:13
coming 29:7
commencing 1:20
commission 3:9
Commissioner 1:17 3:7 30:5 31:12
computer 15:11 30:23
computers 15:8
consortium 20:2,4
construction 28:4
contain 31:1
conversation 19:12 25:6,13,15 26:19
correct 31:1
council 16:6,7 19:5
counsel 3:3,17 31:2,6
counseling 22:14
COUNTY 30:3
Court 1:1 30:18
CST 1:21
cussed 21:9
custody 27:3
cut 21:18,19

### D
daddy 19:10
daily 23:1,6
date 8:17
daughter 27:16
day 19:7 24:14,14 27:13 31:8
deal 15:11 26:15
Dean 1:5 8:1 13:18,18 13:19 18:16 23:17,18 25:4 29:1 30:12
December 1:20 30:22 31:8
decided 14:11
dedicated 14:7 22:5
deep 7:9
defendant 2:8 6:22 7:18
Defendants 1:10 30:17
department 8:4 14:5 22:9
DEPONENT 29:17
deposition 1:14 2:21 3:4,6,13,18 4:2,21,23 5:16 30:7
depositions 6:14
depression 21:10
DHR 22:1,2
different 26:16

disability 8:13
disciplinary 11:2
disciplining 10:15
discussing 16:12 17:3
discussion 18:12
District 1:1,2 30:18,19
Division 1:3 30:20
Dixie 28:20
doing 19:7,11
done 9:8,17
down 5:8 20:23 21:18 27:10
Dr 22:21
drinking 21:6
drive 9:15,18
driver 5:23
driver's 8:21
drop 23:16
dropped 4:15 23:22
due 25:11
duly 4:8 30:9

### E
each 5:7 14:18
earlier 4:22
EASTERN 1:3
eight 27:5
either 3:14,20 15:16
employed 27:22
employees 18:19
end 26:6
et 1:9 30:16
etc 1:9 30:16
even 21:14
ever 5:16 6:18,22 7:12 7:17 8:11,13,15 9:3 19:4 21:18 24:17
every 24:14,14
everybody 8:9 18:2,3,5 18:6 21:11 26:18
everything 10:13 21:7 21:8 25:21
evidence 3:13
exactly 11:12 17:22
examination 2:15 4:11 31:2
examples 20:10
exhibits 2:21
expenses 27:3
extremely 14:8

### F
fact 27:13
faith 23:8 24:1
fantastic 23:11
far 9:23 18:22 20:1 25:12
Federal 3:5
feels 22:12
felt 13:7

few 4:23
fight 24:6
filed 4:20 8:11,13
files 10:2,6,9 11:4,7,11
filing 3:18,22
find 5:1 14:16 19:22
fine 19:22
fire 11:8 15:10
first 4:8 10:8 11:6,10 30:9
follows 4:10
fool 15:7
foregoing 30:23
form 3:10
formality 3:9
Friday 1:19 30:22
friends 5:21
from 6:1 13:14,22 15:3 18:20 25:5 26:16
full 4:13 17:7
further 3:16,23 29:17 31:5

### G
game 22:6
gave 14:9 22:11
general 10:22 25:6,13
George 28:22
getting 10:5 13:22
give 20:10
given 5:16 6:14
giving 21:23
go 4:16 15:21 16:1,3,21 17:12 18:5,6,8 20:6 21:13 26:7
God 13:21
going 5:13 6:10 7:10 8:8 11:8,9,14,15 12:5 17:3 21:10 23:18,19 23:20 24:2
good 18:17 29:1
gosh 5:20
grade 27:6
granddaughter 27:2
grandfathered 9:11
grow 22:4
guess 25:23
gun 13:23
guy 13:23

### H
H 28:23
Happy 23:10
harassing 6:1
Harris 1:18 2:4
having 4:8 11:4 26:7
head 5:8,10 20:23 27:10
hear 10:18,19 11:18,20 11:20 12:2,3,8,14,15

Deposition of Neva Jane Van Meter

December 8, 2006

Page 2

12:22 13:1,16,17
14:12 25:18,20 26:16
heard 25:12 26:12
hearing 16:6
hearings 15:22 18:9
hell 20:7
help 22:2
helping 22:1
Hemberg 22:21
HENRY 2:9
her 14:23 27:3,9,11,15
hereto 3:21 4:1
Hester 22:8
him 6:1 8:3 10:3,5,15
  10:15 11:3,8,9 13:21
  13:22 14:1,20,23
  15:23 16:8 17:13
  19:8,9,10 20:6 21:12
  21:13 22:10 24:2
hold 23:15 25:15
home 20:7 23:21
honest 11:12 20:8
honestly 25:7
horse 9:18
Hospital 28:23
Huguley 15:9,10,19
huh-uh 5:11
hurt 14:8,15 25:11
husband 4:20 9:16 10:2
  10:22 18:14 22:4
  26:1
husband's 4:21

**I**
incident 18:13
incomes 21:17
INDEX 2:15
Ingram 1:18 2:4 17:16
instance 24:4
intend 7:8
interested 31:7
interstate 5:21
introduced 3:19
involvement 10:1

**J**
J 1:16 3:6 30:4 31:11
James 1:18 2:4
Jane 1:5,14 2:17 3:4
  4:7,17 30:8,12
job 19:6 21:15
Joel 19:6,13
just 4:23 5:10 6:5,9 7:9
  7:23 9:12 10:22,23
  12:1,2 13:5 14:16,20
  18:19 19:22 24:8,12

**K**
kept 13:22
kids 14:6 22:4

killed 5:21 13:22
kin 31:5
kind 5:19 6:19 11:2
  13:6 22:17 24:8,12
  24:17
knew 6:2 11:11
know 6:16,21 7:4,23
  8:4 9:12 10:5 11:3,12
  12:6,8,11,14 14:12
  15:12,13,14,17 18:19
  18:21 19:16 20:3,16
  22:22 26:4 29:5

**L**
lady 8:3
Lanett 1:8,19 2:6 4:19
  11:3 13:14 14:13,18
  15:4,23 18:13 24:19
  30:16
Lanier 28:23
Large 1:17 3:8 30:6
  31:13
Law 1:18 2:5,10
lawsuit 4:19 5:3 6:8,19
  6:23 7:17 9:23
lawyers 17:15
learn 10:8 11:6
leave 16:21 17:2 18:3
left 6:11
let 11:1 12:18 16:2,16
  16:19,20,22 17:12,17
  17:21 20:6
license 8:22 9:7,9,14,19
life 14:9 22:11
lights 21:19
like 4:15 7:1 9:6,16
  10:17,19,22 11:18,19
  12:5,16 13:7,20
  14:20 15:14 21:17
  22:12,15 25:18 26:12
  26:14,17 28:3
liked 18:16
Lisa 1:15 3:6 30:4
  31:11
listen 14:18,19,20,23
  15:2
listened 14:23
listens 14:21
little 5:1 23:17
live 27:17,19
lives 27:18
long 7:23 12:4 14:3
  15:19
loss 20:2,4
lot 10:18,19 11:19,20
  12:15 15:12 18:20,21
  21:6 25:10 27:15
loud 7:11
lying 26:22
Lyons 2:9,9,17 4:12,18

29:6

**M**
made 3:11 18:2,3,5,6
maiden 4:15
make 5:9 7:4,6,8 20:18
manner 3:20 31:7
many 18:7
marital 24:17
marked 2:21
marriage 22:14
married 28:11,12,19
  28:20
matter 30:11
may 3:6,11,13,19 25:13
Maybe 25:6
mayor 19:4
ma'am 4:14 29:9
mean 6:6 8:9 9:6 10:7
  10:12,17,23 12:3,14
  14:7,15,19 18:20
  19:20 20:17 23:22
  26:13 28:8 29:3
medication 22:17 23:5
meeting 16:10,15,18
  17:1,1,5,9,10 18:8
meetings 18:9
mentioned 24:11
Meter 1:5,5,14 2:17 3:4
  4:7,17,18 30:8,12,13
Michael 22:6 27:21
  28:9,10,19,20
Middle 1:2 30:19
might 9:13
Milliken 28:10
mind 14:22 24:5,7
mine 13:17
mirror 14:1
moment 19:2
Montgomery 2:11 6:2
  30:3
month 15:20
months 23:23
more 5:1 13:9,10 14:12
  21:7
mother 19:7,10
motorcycle 9:14,15

**N**
name 4:13,15,18 27:11
  28:13
names 19:3 27:20
nearly 13:19
necessarily 13:1
need 3:11 7:14 9:6,13
  20:20 22:21,22
needed 17:2
neither 31:5
nervous 7:4,6,9,14
Neva 1:5,14 2:17 3:4

  4:7,17 30:8,12
never 7:2,8,16 9:8,9,12
  24:21
newspaper 10:12
Nicole 27:12
Nix 1:16 3:6 30:4 31:11
nod 5:10
nods 5:8 20:23 27:10
Northern 30:20
nothing 4:10 30:10
number 8:19 30:21
nurse 23:4
N-E-V-A 4:17

**O**
objections 3:9,10
obtained 10:2,9
occurred 13:5
off 21:19
offend 8:9
offered 3:13
office 2:6 16:9 23:15
officer 7:20 18:17
officers 12:9
Offices 1:18
Oh 5:20 8:7 9:12 10:4
okay 5:7,12,14,15 6:12
  6:18 7:14,22 8:10
  9:12,22 10:14,21
  11:6,17 12:19,20
  14:10 16:15,22 17:11
  18:1,4,22 19:4,8
  21:22 24:17 25:8,17
  28:6
old 27:4
once 10:14
one 5:20 7:2 16:16 18:8
  19:7 22:7 23:6 27:13
  27:17,21
only 8:6 13:20,21 18:1
  19:15
open 16:10 17:5,9
operating 28:22
other 3:10,14,20 5:7
  6:14,15,19,19 7:1,17
  12:9,15 14:18 16:9
  16:13 18:8,9 19:12
  19:12 21:4,5 24:21
out 5:1,9 11:16 14:4,16
  16:21 17:18 18:5
  19:22 21:9 23:17,23
  24:5,7 25:10,11,16
  25:22 31:3
outside 17:8 25:23
over 7:11 10:12 12:16
  14:8

**P**
pages 30:23
paid 27:14

papers 12:17
particular 18:22,23
parties 3:3,17 4:1 31:3
  31:6
party 3:14,20 6:8
past 13:10,10,12
pay 27:9
Peggy 22:8
people 17:7 18:7,15,21
  26:17
person 20:8
personnel 10:2,6,9 11:4
  11:7,11
pick 19:19 21:8 24:10
place 14:9
places 21:12
plaintiff 2:3 6:18 7:16
Plaintiffs 1:6 30:14
playing 22:7
please 4:14
point 24:15 25:19
pointing 13:23
police 7:1,19,20 8:2
  10:18 11:19 12:8,14
  18:17 22:5,9
policeman 29:1
policemen 12:15
policing 8:2
Positive 27:18
Post 2:6
practice 23:19
prescribed 22:20 23:6
Preston 27:21,22 28:11
  28:12
printed 30:23
prior 24:18
probably 6:4 8:1 13:12
  17:15
problem 14:21
problems 24:18 27:8
Procedure 3:5
Professional 1:16 3:7
  30:4 31:12
Protection 15:11
provided 3:14,21
pry 20:17
pulled 14:3
purpose 3:14
pursuant 1:15 3:4
put 9:7 28:7

**Q**
quarter 22:8
question 3:11 5:13
  12:18 26:6
questions 3:10 4:23 8:8
  8:10 19:16 20:19
  29:4
quite 11:22

**R**
rain 17:19
raising 27:1
Randall 2:9
Randy 4:18
rather 23:4
read 12:16
reading 31:3
real 18:17
really 18:16
reason 9:4 19:18 26:5
recall 6:16 19:20 26:2
recent 13:9
recently 13:5
recess 21:1
recollection 12:21
Record 4:14
reflection 13:23
regardless 3:21
Registered 1:16 3:7 30:4 31:11
relationship 21:5
remember 11:13,14 17:22 24:20 26:18
rephrase 5:6 16:20
reported 30:6
Reporter 1:16 3:7 30:5 31:12
REPORTER'S 30:1
represent 4:19
representing 3:3,17
reserved 3:12
response 27:18
restrictions 9:1
results 31:7
revoked 9:3
re-ask 5:6
Rhonda 28:14
right 5:8 6:6,13 7:15 10:17 14:6 15:10 16:5 17:4 25:9 27:23 28:3,7,18
room 28:22
rooms 20:11,12 21:4 24:23
Rules 3:5
ruling 3:12
rumors 26:17

**S**
SAITH 29:17
same 3:22 15:1 31:4
saved 13:21
saw 5:22
saying 5:23 16:23
Scott 2:10
second 20:22
security 8:19
see 16:22 22:4
separate 20:11,12 21:4 24:23
separated 24:15
separations 24:21
series 8:8
serious 29:2
serve 24:2
set 21:16 31:3
several 12:7 13:7 18:15 18:19 23:23
sheriff's 8:3 14:5
short 27:13
shot 13:20
signature 4:2
signing 31:3
since 13:13 20:6
singled 18:4
sir 9:2,5,17 10:4 27:10
sit 7:11
situation 10:16 14:8
sleep 20:11,12
social 8:19
some 5:1 9:5 11:22 16:13,15 20:10
somebody 25:20
someone 6:20,23
something 6:3 7:19 13:5,6 14:22 16:12 16:13,14 23:1,3
sometime 23:12
sometimes 15:12
son 27:14,17
sons 27:1,20
sorry 6:7 7:8,9 12:19 14:13
South 1:19 2:5
so-and-so 26:8
speak 4:9 30:9
specific 24:4 25:14
specifically 26:13
spoken 19:4
sprinkling 17:19
stand 26:8
stands 24:5,7
start 14:17
state 1:17 3:8 4:13 30:2 30:5 31:12
STATES 1:1
Statute 3:15,21
stay 17:18,21
stayed 24:23
staying 21:3
stealing 25:4 26:3
still 6:6,12 14:1,5
stipulated 3:2,16,23
stipulation 1:15 3:1
stop 5:5 20:21
Street 2:10
stuff 9:5 10:18,20 12:16,16 15:14 18:20
sudden 21:17
sued 6:20,23 7:18 8:3,3 8:6
supposed 27:23
sure 5:9 7:7 17:13
suspended 9:3
swear 6:6,12
sworn 4:9 30:9

**T**
T 2:9
take 7:9 20:20,22 22:19 22:21 23:1,5,7
taken 1:14 3:4,6 9:10 13:15 21:1
taking 4:22 22:17
talk 7:12 10:22 19:8 26:14
talked 19:13,13,17 25:3
talking 10:10,11 15:13 15:16 21:2
talks 12:9
tape 14:2
tapes 13:19
technical 15:15
tell 5:5 14:5 17:20 19:2 20:9,20 25:7,7 26:2 26:10,13
telling 16:22
terminated 11:10 14:17 15:3 24:18
termination 13:14 16:7
test 9:10
testified 4:10
Thank 7:13,15 8:21 29:9,10
their 21:11
thereof 31:7
thing 13:20,22 24:12
things 7:1 12:8 15:12 21:6 25:9,10 26:16 27:9
think 15:18 17:14 18:23 24:5 25:14 29:7
thinks 21:11
third 27:7
though 9:20 12:4 25:23
through 11:15 21:10
time 3:11,12 6:17 7:23 11:10,12,23 14:3 15:3 19:15,21 20:21 22:2
today 4:22 5:17 29:7
told 11:9 15:21 16:21 17:2,5,21,22 18:18 19:1 26:9,21
totally 22:12 25:10
Tots 22:1
town 26:15
Toys 21:23
transcript 31:1
trial 3:19 26:7
truck 5:23 14:4
true 6:2 31:1
truth 4:9,9,10 30:9,10 30:10
try 11:20 19:14 25:9
trying 12:11 19:19,22 20:17
turned 21:11
two 5:20 14:3 21:17 26:19,20 27:1
type 24:12

**U**
uh-huh 5:11 27:18
understand 5:5,7 15:5 15:17 16:23 19:15
understands 15:18
understood 5:14
UNITED 1:1
upset 13:18 15:21
used 3:13,20 21:12 23:3
U.S 30:18

**V**
Valley 23:10
Van 1:5,5,14 2:17 3:4 4:7,17,18 30:8,12,12
vehicle 9:6
very 19:2 20:8 23:12
vessel 9:6
voted 16:7
Vs 1:7 30:15

**W**
waived 3:19 4:3 31:4
waiving 3:22
want 12:2,3,12,22,23 13:16,17 14:12,16 15:17 20:21 23:20 25:20 26:5
wasn't 6:2 18:4
Water 15:9,10
way 6:1 7:11 8:1,1 11:22 15:1 21:4 28:7
WEBSTER 2:9
week 27:13
welcome 23:12
well 7:2 12:1,4,8 13:18 15:5 16:8,20 17:5 20:6 23:18 25:23 26:8
WENDELL 1:5 30:12
Wendy's 28:16,17
went 16:15,16,18,20,23 17:1 22:6 23:23
were 2:21 6:5,9,11 10:10 11:8 16:3,6,8 17:2,3,7,16,17 18:6 21:2,3,23 27:13
weren't 6:8 10:3 16:3
we'll 20:21
we're 27:1
while 23:17
WHITE 2:9
whole 4:9 14:8 22:11 26:14 30:10
wife 10:23 14:20
wife's 28:13
William 1:18 2:4
witness 4:1,2,8 5:8 6:5 6:9,11 17:14 23:14 29:10 31:2
work 10:18,19 11:19 11:20,21 12:2,14,23 13:1,16 15:2,5,9 21:13 22:6 27:23 28:2,5,6,8,9,15,21
worked 15:19
working 22:8
works 15:9 28:3,10,16 28:22
wouldn't 16:1 17:12,17
wreck 8:2
wrong 21:7,9 24:9,10 25:21

**X**
Xanax 22:19

**Y**
Yeah 21:6
year 13:10,11,12
years 6:3 12:7 13:7 15:20 26:19,20
younger 27:17
youngest 27:14,21
y'all 20:12 21:3 22:14 24:15,23 26:23 27:8

**1**
11:50 1:21
1175 2:6
19 15:20
19th 31:8

**2**
20 15:20
2005 1:19 2:5
2006 1:20 30:22 31:8
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 8:20
29 30:23

**3**
3:06-CV-583-DRB 1:8 30:21
30 6:3
3003919 8:23

| | | | | |
|---|---|---|---|---|
| **36863** 2:6 | | | | |
| **4** | | | | |
| **4** 2:17 | | | | |
| **418** 2:10 | | | | |
| **5** | | | | |
| **5-29-52** 8:18 | | | | |
| **8** | | | | |
| **8** 1:20 30:22 | | | | |