IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

**WENDELL DEAN VAN METER and** )
**NEVA JANE VAN METER,** )
)
    **Plaintiffs,** )
)     CIVIL ACTION NO.
    v. )     3:06cv583-MHT
)
**THE CITY OF LANETT,** )
**ALABAMA, et al.,** )
)
    **Defendants.** )

**ORDER**

It is ORDERED as follows:

(1) The motion to continue (doc. no. 12) is granted.

(2) The uniform scheduling order is amended to reflect that the pretrial will be on August 17, 2007, with all deadlines tied to the pretrial date adjusted accordingly.

DONE, this the 6th day of March, 2007.

          /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**