IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

WENDELL DEAN VAN METER          )
AND NEVA JANE VAN METER         )
                                )
        Plaintiffs,             )
                                )
    v                           )      Case No: 3:06-CV-583 MHT
                                )
                                )
THE CITY OF LANETT, ALABAMA)
et al.,                         )
                                )
    Defendants                  )

CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]    There are no entities to be reported.

                         -or-
The following entities are hereby reported:

_____

_____

_____

3/21/07
Date

_William H. Harris_____
Counsel
Wendell Dean Van Meter and Neva Jane Van Meter

_____
Counsel for Plaintiffs
2005 South Broad Ave., Lanett, Al. 36863

_____
Address
(334)-642-1427

_____
Telephone number