IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| WENDELL DEAN VAN METER AND NEVA JANE VAN METER | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No: 3:06-CV-583 MHT |
| v | )<br>) |
| THE CITY OF LANETT, ALABAMA et al., | )<br>)<br>) |
| Defendants | ) |

CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

(X) There are no entities to be reported.
-or-
The following entities are hereby reported:

_____

_____

3/21/07
Date

_____
Counsel
Wendell Dean Van Meter and Neva Jane Van Meter

Counsel for Plaintiffs
P.O. Box 285., Lanett, Al. 36863

Address
(334)-642-1800

Telephone number