IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDELL DEAN VAN METER,<br>And NEVA JANE VAN METER,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF LANETT, ALABAMA;<br>OSCAR CRAWLEY, individually and<br>As Mayor of the City of Lanett; KYLE<br>McCOY, individually and as Lanett City<br>Councilman; JOHN DUSKIN,<br>individually and as Lanett City<br>Councilman; MIKE YARBROUGH,<br>individually and as Lanett City<br>Councilman; JOEL G. HOLLEY,<br>Individually and as Lanett City Manager<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 3:06-CV-583 DRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEPOSITION NOTICE

To: John Duskin
c/o T. Randall Lyons
Webster, Henry Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101

Please take notice that the Attorneys for the Plaintiffs will take the deposition of

**JOHN DUSKIN** for the purpose of discovery and/or for use as evidence in this action, in

accordance with the provisions of the Alabama Rules of Civil Procedure.

Testimony by deposition will be taken on **the 9th day of July 2007 at 9:00 A.M.

CDT, 10:00 AM EDT, at the Office of William G. Harris, located at 2005 South

Broad Avenue, Lanett**, Alabama, before a Notary Public and court reporter.

/s/ William G. Harris
WILLIAM G. HARRIS (HAR277)
Attorney for the Plaintiffs

OF COUNSEL:

James C. Ingram
P.O. Box 285
Lanett, Alabama 36862
(334)-642-4800
(334)-642-1800

William G. Harris
P.O. Box 1175
Lanett, Alabama 36862
(334)-642-1427
(334)-642-1800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following on this the_____day of June, 2007 by placing in the United States Mail, postage prepaid:

/S/William G. Harris
WILLIAM G. HARRIS (HAR277)
Attorney for the Plaintiffs

T. Randall Lyons
Webster, Henry, Lyons & White P.C.
P.O. Box 239
Montgomery, Alabama 36101