**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 22, 2007

# NOTICE OF NON-COMPLIANCE

**To:     ALL COUNSEL OF RECORD**

**Case Style:   Wendell Dean Van Meter, et al. v. The City of Lanett, Alabama, et al.**

**Case Number:   3:06-cv-583-MHT**

**Referenced Pleading(s): Deposition Notices**
**Docket Entry Number(s): 25 & 26**

**The referenced pleadings were electronically filed on 6/21/2007 in this case and are not in compliance with the local rules and/or administrative procedures of this court.**

******These pleading are regarding discovery and are not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleadings are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket.  Parties should be aware that the striking of these entries does not affect their responsibilities as to the discovery process.**