# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDELL DEAN VAN METER, <br> NEVA JANE VAN METER, <br><br> **Plaintiffs,** <br><br> v. <br><br> THE CITY OF LANETT, ALABAMA; OSCAR CRAWLEY, individually and as Mayor of the City of Lanett; KYLE MCCOY, individually and as Lanett City Councilman; JOHN DUSKIN, individually and as Lanett City Councilman; MIKE YARBROUGH, individually and as Lanett City Councilman; JOEL G. HOLLEY, individually and as Lanett City Manager <br><br> **Defendants.** | Case No.: 3:06-CV-583-DRB |

## DEFENDANTS' WITNESS LIST

COME NOW the Defendants, City of Lanett, Alabama, Oscar Crawley, Kyle McCoy, John Duskin, Mike Yarbrough, and Joel G. Holley, by and through their attorney of record, and list the following witnesses, which may or may not be called at the trial of this cause:

1. Wendell Dean Van Meter;

2. Ronald Docimo;

3. Joel Holley;

4. Oscar Crawley;

5. Jennie Gunnells;

6. John Duskin;

7. Kyle McCoy;

8. Tony Malone;

9. Jamie Heard;

10. Mike Yarbrough;

11. Teddy Morris;

12. Any and all witnesses necessary for rebuttal;

13. Any and all witnesses necessary to authenticate any documents;

14. Any and all witnesses listed by the Plaintiff; and

15. This Defendant reserves the right to supplement this witness list.

Respectfully Submitted,

   /s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Above-Named Defendants

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, AL 36101
334-264-9472
334-264-9599

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date of July 26, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

James C. Ingram, Jr.
William G. Harris
Smith & Ingram
P.O. Box 285
Lanett, AL 36863

                                                  /s/ T. Randall Lyons
                                                  OF COUNSEL