**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

**WENDELL DEAN VAN METER, NEVA JANE VAN METER,**

**Plaintiffs,**

**v.**

**THE CITY OF LANETT, ALABAMA; OSCAR CRAWLEY, individually and as Mayor of the City of Lanett; KYLE MCCOY, individually and as Lanett City Councilman; JOHN DUSKIN, individually and as Lanett City Councilman; MIKE YARBROUGH, individually and as Lanett City Councilman; JOEL G. HOLLEY, individually and as Lanett City Manager**

**Defendants.**

**Case No.: 3:06-CV-583-DRB**

## EXHIBIT LIST

COME NOW the Defendants, City of Lanett, Alabama, Oscar Crawley, Kyle McCoy, John Duskin, Mike Yarbrough, and Joel G. Holley, by and through their attorney of record, and list the following exhibits which may or may not be used at the trial of this cause:

1. Section VII – Disciplinary Actions from the Employee Personnel Handbook of the City of Lanett, Alabama of August 1, 2004;
2. Local Government Records Destruction Notice of the City of Lanett;
3. Definition of theft of property;

4. Letter of November 8, 2005, to Lieutenant Van Meter from Chief Ron Docimo;

5. Typed up statement of Lieutenant Dean Van Meter of November 21, 2005;

6. Hand written statement of Wendell Dean Van Meter dated November 21, 2005;

7. Internal investigation report of Detective Teddy Morris;

8. Internal investigation conclusion of November 22, 2005;

9. City of Lanett Employee Counseling Report of Wendell Dean Van Meter signed by Chief Ronald Docimo where there was a violation of the City of Lanett Employee Personnel Handbook Group Two Offense, Section a, Subsection (10) Theft of city property, specifically personnel files;

10. City of Lanett Employee Counseling Report of Wendell Dean Van Meter signed by Chief Ronald Docimo where there was a violation of City of Lanett Police Department Rules and Regulations 1.230 “Conduct Unbecoming an Officer”;

11. Letter of December 2, 2005, from Joel Holley to Lt. Dean Van Meter;

12. Certificate of Service of the letter of December 2, 2005, to Wendell Dean Van Meter;

13. Hearing checklist for disciplinary action signed by Joel Holley,

Wendell Dean Van Meter, and William Harris;

14. City of Lanett minutes on hearing with Dean Van Meter of December 7, 200;

15. Letter of December 7, 2005 from Joel Holley to Wendell Dean Van Meter;

16. Certificate of Service where Jim C. Ingram was provided the letter of December 7, 2005;

17. Wendell Dean Van Meter's appeal of disciplinary procedure dated December 7, 2005 and waiver of five day requirement and non adversarial hearing proceedings for the disciplinary action;

18. Notice and Call of Special Meeting by Mayor Oscar Crawley;

19. Consent to Holding Meeting signed by all counsel members; and

20. City council minutes of December 19, 2005 (Attached as Exhibit "4" to Plaintiff's Deposition).

Respectfully Submitted,

    /s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Above-Named Defendants

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, AL 36101
334-264-9472
334-264-9599

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date of July 26, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

James C. Ingram, Jr.
William G. Harris
Smith & Ingram
P.O. Box 285
Lanett, AL 36863

/s/ T. Randall Lyons
OF COUNSEL