APR-12-2006 WED 08:47 AM CITY OF LANETT   FAX NO. 33   P. 02



DEFENDANT'S EXHIBIT
PENGAD 800-631-6989



EXHIBIT
20
Bradbury No. 6118

**City of Lanett**
Post Office Box 290
Lanett, Alabama 36863

*CITY OF LANETT*
*REGULAR SCHEDULED*
*COUNCIL MEETING DECEMBER 19, 2005*

The City Council of the City of Lanett, Alabama, met in regular session on Monday, December 19, 2005, in the Council Chambers of the Lanett Municipal Complex at 6:00 P.M. The roll was taken and the following were found to be present: Councilmember Tony Malone, Councilmember Duskin, Councilmember Heard, Councilmember Yarbrough, and Councilmember McCoy. Mayor Oscar Crawley was present and presided over the meeting.

Mayor Crawley welcomed the Reverend Gary Armes from Spring Road Christian Church as the new minister for the Council Meeting.

Reverend Gary Armes said the invocation and led the pledge of allegiance.

Councilmember Yarbrough made the motion to adopt the prepared agenda. Councilmember McCoy seconded the motion. Motion unanimously carried.

Councilmember McCoy made the motion to dispense with reading and to adopt the minutes of the regular scheduled meeting of November 21, 2005. Councilmember Heard seconded the motion. Motion unanimously carried.

Councilmember McCoy made the motion to dispense with reading and to adopt the minutes of the special called meeting of December 14, 2005. Councilmember Yarbrough seconded the motion. Motion unanimously carried.

Mayor Crawley presented "Certificates of Appreciation (Tree Lighting) to Carl Bullard, Keith Chandler, Reverend Eugene Cooks, Ebenezer Baptist Church Choir, Reverend Nellie Giles, Lanett High School Band, Lanett High School JROTC, Lanett Nazarene Church Choir, Beth Yarbrough, and Mac Langley.

Councilmember Malone made a motion to adopt Contract for Services Georgia/Alabama Basketball Association (GABA). Motion seconded by Councilmember Duskin. Motion unanimously carried.

Councilmember Malone wanted to wish a Blessed Christmas and stated that Jesus is the reason for the season.

Councilmember Heard had nothing.

Councilmember McCoy matters previously taken under advisement from the 12/14/05 meeting. Councilmember McCoy made a motion to approve City Manager Holley, recommendation regarding the appeal of Lieutenant Van Meter. Motion seconded by Councilmember Yarbrough. Roll call vote as follows: Councilmember Malone – Nay, Councilmember Duskin – Yea, Councilmember Heard – Nay, Councilmember Yarbrough – Yea, Councilmember McCoy – Yea, and Mayor Crawley – Yea. Motion seconded by Councilmember Yarbrough. Motion carried.

Councilmember Duskin wanted to wish everybody a safe and Happy Holiday.

Councilmember Yarbrough had nothing.

Mayor Crawley had nothing.

City Manager Holley said the gym flooring is to be refinished by an individual out of Prattville, Alabama. He did the floor several years ago, and did a good job. City Manager Holley said that he gave the City of Lanett a good price.

City Manager Holley plans to get information on revising our Elder Discount and to go up on the amount you can make a year.

City Manager Holley said that he spent a day at MGAG in Kennesaw, Georgia, the home office. The City of Lanett will be able to buy gas at the same rate that (77) seventy-seven other Municipalities in a number of states. City Manager Holley said in other cities gas is going up 50% (fifty percent) to 70% (seventy percent) and the city may possible keep the rate at 20% (twenty percent). This is good news for the City of Lanett, because of the new Municipal Gas Authority.

RECEIVED
APR 12 2005
BY:

APR-12-2006 WED 08:47 AM CITY OF LANETT   FAX NO. 33   P. 03

**City of Lanett**
Post Office Box 290
Lanett, Alabama 36863

*CITY OF LANETT*
*REGULAR SCHEDULED*
*COUNCIL MEETING DECEMBER 19, 2005*

City Manager Holley said that the City of Lanett has received the heaters that were ordered. There is one in operations in the utility department. The heaters are panel heaters and it uses energy of (4) four light bulbs and they will heat a 10 (ten) foot by 10 (ten) foot room and a 12 (twelve) foot by 12 (twelve) foot room that is well insulated. It will cost about 3C (three cents) an hour to operate and all you do is plug them in, forget about them, and they are very safe, because they don't get hot. The cost is $80.00, which includes the shipping, sales tax, and the cost of the heaters. The heaters could not be sold cheaper than the company sold them for on the internet. The City of Lanett will buy more and the City of Lanett will eat the cost of shipping and it will save the customers about $26.00.

City Manager Holley wishes everybody to have a healthy, safe, Happy New Year.

Mayor Crawley announced that the City of Lanett will be closed December 23, December 26, 2005, and January 2, 2006 for the holidays.

Mayor Crawley commented that the City of Lanett is in good shape. Mayor Crawley commented that City Manager Holley, City Clerk Daniel and I went to the Community Development Block Grant meeting in Montgomery, Alabama and the City of Lanett was the only city that received over $500,000.00 in grants. The airport project is moving along well. The City of Lanett is doing well.

Lurlie Jennings with the Neighborhood Watch came before the Mayor and Council to present certificates of appreciation and the Neighborhood Watch now has a house. The certificates of appreciation was presented to Police Chief Ron Docimo, (Fire Chief Tim Jennings was not present) Captain Kelly Meachum, Mayor Crawley, Councilmember Duskin, and Councilmember McCoy.

City Manager Holley told the citizens if they have any problems with utilities to call the 911 center.

There being no further business to come before this Council, motion duly made, meeting was adjourned.

Oscar Crawley, Mayor

Deborah Daniel, City Clerk

APR-12-2006 WED 08:48 AM CITY OF LANETT                    FAX NO. 33                                        P. 04

**City of Lanett**
Post Office Box 290
Lanett, Alabama 36863

*CITY OF LANETT*
*SPECIAL CALLED*
*COUNCIL MEETING DECEMBER 14, 2005*

The City Council of the City of Lanett, Alabama, met in special called meeting on Wednesday, December 14, 2005, in the Council Chambers of the Lanett Municipal Complex at 5:30 P.M. The roll was taken and the following were found to be present: Councilmember Malone, Councilmember Duskin, Councilmember Heard, Councilmember McCoy, and Councilmember Yarbrough. Mayor Oscar Crawley was present and presided over the meeting.

The purpose of this meeting is to here "Appeal from disciplinary action taken against Lieutenant Dean Van Meter".

Mayor Crawley entertains a motion to go into executive session.

Councilmember Duskin made a motion to go into executive session to discuss the general reputitation and character of individual considered for disciplinary action. Seconded by Councilmember McCoy. Roll call vote as follows: Councilmember Malone -- Nay, Councilmember Duskin -- Yea, Councilmember Heard -- Yea, Councilmember Yarbrough -- Yea, Councilmember McCoy -- Yea, and Mayor Crawley -- Yea. Motion carried to go into executive session.

Mayor Crawley made a motion to reconvene in two hours.

The Mayor and Council reconvened to announce that the decision would be made in (5) five days, which would be at the next schedule council meeting on December 19, 2005.

There being no further business to come before this Council, motion duly made, meeting adjourned.

_____
Oscar Crawley, Mayor

_____
Deborah Daniel, City Clerk

RECEIVED
APR 1 2 2005
BY: