IN THE UNITED STATES DISTRSICT COURT FOR THE MIDDLE DISTRSICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDELL DEAN VAN METER,<br>NEVA JANE VAN METER,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF LANETT,<br>ALABAMA; OSCAR CRAWLEY,<br>Individually and as Mayor of the City<br>of Lanett; KYLE MCCOY,<br>individually and as Lanett City<br>Councilman; JOHN DUSKIN,<br>Individually and as Lanett City<br>Councilman; MIKE YARBROUGH,<br>Individually and as Lanett City<br>Councilman; JOEL G. HOLLEY,<br>Individually and as Lanett City Manager<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 3:06-CV-583-DRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## EXHIBIT LIST

COME NOW the Plaintiffs, Wendell Dean Van Meter and Neva Jane Van Meter, by their attorneys of record, and list the following exhibits which may or may not be used at trial.

1. Record of disciplinary hearing held before the Lanett Mayor and Council on December 15, 2005.

2. Copy of City of Lanett official web page, outlining the duties of the city manager.

3. Copies of all statements taken by Detective Teddy Morris during the course of the investigation conducted by the Lanett Police Department.

4. Copy of <u>Valley Times-News</u> newspaper dated March 10, 2006.

5. Copy of <u>Valley Times-News</u> newspaper circa 1983.

6. Alabama Department of Archives and History guideline booklet, as presented to the Lanett Mayor and Council during the disciplinary hearing held on December 15, 2005.

7. November 8, 2005 letter from Chief Docimo to Wendell Dean Van Meter.

8. Typed statement of Wendell Dean Van Meter dated November 21, 2005.

9. Written statement of Wendell Dean Van Meter dated November 21, 2005.

10. Investigative report of Detective Teddy Morris.

11. Internal investigation conclusion dated November 22, 2005.

12. All Employee Counseling Reports issued to Wendell Dean Van Meter.

13. Letter from Joel Holley to Wendell Dean Van Meter dated December 2, 2005.

14. Certificate of Service of the letter of December 2, 2005, to Wendell Dean Van Meter;

15. Hearing checklist for disciplinary action signed by Joel Holley, Wendell DeanVan Meter and William Harris;

16. Letter of December 7, 2005 from Joel Holley to Wendell Dean Van Meter;

17. Certificate of Service where Jim C. Ingram was provided the letter of December 7, 2005;

18. Wendell Dean Van Meter's appeal of disciplinary procedure dated December 7, 2005 and waiver of five day requirement and non adversarial hearing proceedings for the disciplinary action;

19. City council minutes of December 19, 2005 (Attached as Exhibit "4" to Plaintiff's Deposition).

Respectfully Submitted,

/s/William G. Harris

William G. Harris (HAR277)
Attorney for Above-Named Plaintiffs

William G. Harris
2005 South Broad Avenue
P.O. Box 1175
Lanett, Alabama 36863

## CERTIFICATE OF SERVICE

I hereby certify that I have this date of July 26, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

T. Randall Lyons
Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Al 36101

James C. Ingram, Jr.
Smith & Ingram
P.O. Box 285
Lanett, Al 36863

/s/William G. Harris

William G. Harris (HAR277)
Attorney for Above-Named Plaintiffs