IN THE UNITED STATES DISTRSICT COURT FOR THE MIDDLE DISTRSICT
OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDELL DEAN VAN METER,<br>NEVA JANE VAN METER,<br><br>　　Plaintiffs,<br><br>v.<br><br>THE CITY OF LANETT,<br>ALABAMA; OSCAR CRAWLEY,<br>Individually and as Mayor of the City<br>of Lanett; KYLE MCCOY,<br>individually and as Lanett City<br>Councilman; JOHN DUSKIN,<br>Individually and as Lanett City<br>Councilman; MIKE YARBROUGH,<br>Individually and as Lanett City<br>Councilman; JOEL G. HOLLEY,<br>Individually and as Lanett City Manager<br><br>　　Defendants, | Case No: 3:06-CV-583-DRB |

## EXHIBIT LIST

COME NOW the Plaintiffs, Wendell Dean Van Meter and Neva Jane Van Meter, by their attorneys of record, and list the following witnesses, which may or may not be called at the trial of this cause:

1. Wendell Dean Van Meter;

2. Neva Jane Van Meter;

3. Kyle McCoy

4. John Duskin

5. Tim Jennings

6. Hal Shelley

7. Kelly Meachum

8. Contessa Meachum

9. Jimmy Spear

10. Alissa Compton

11. Willie Kirby

12. Charles Potts

13. Teddy Morris

14. Ron Docimo

15. Jenny Gunnells

16. Oscar Crawley

17. Jamie Heard

18. Tony Malone

19. Mike Yarbrough

20. Tracy Bandy

21. Bryan Poe

22. Ricky Price

23. Eddie Chandler

24. C.C. Carroll

25. Tyler Knowles

26. Gene Jones

27. Any and all witnesses necessary for rebuttal;

28. Any and all witness necessary to authenticate any documents;

29. Any and all witnesses listed by the Plaintiff; and

30. This Plaintiff reserves the right to supplement this witness list.

Respectfully Submitted,


/s/William G. Harris

William G. Harris (HAR277)
Attorney for Above-Named Plaintiffs

William G. Harris
2005 South Broad Avenue
P.O. Box 1175
Lanett, Alabama 36863


## CERTIFICATE OF SERVICE

I hereby certify that I have this date of July 26, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

T. Randall Lyons
Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Al 36101

James C. Ingram, Jr.
Smith & Ingram
P.O. Box 285
Lanett, Al 36863


/s/William G. Harris
William G. Harris (HAR277)
Attorney for Above-Named Plaintiffs