IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

********************

# OPELIKA CIVIL JURY TERM

********************

COMMENCING SEPTEMBER 5, 2007 AT 10:00 AM*
FEDERAL COURTHOUSE, OPELIKA , ALABAMA

**Judge Myron H. Thompson, Presiding**

---

*ALL juries will be selected on September 5, 2007, at 10:00 a.m., with individual trials commencing thereafter as scheduled by the court.

U.S. District Court
Alabama Middle District
Calendar Events Set For 9/5/2007

Judge Myron H. Thompson, Presiding
Opelika, Alabama

JURY SELECTION & TRIAL: KIM FOREMAN v MASTERBRAND CABINETS, INC.
3:06cv449-MHT

---

10:00 a.m.

    3:06-cv-00449-MHT-WC Foreman v. Masterbrand Cabinets, Inc.
    (Nature of Suit 442 - Civil Rights: Jobs)

    Allen Durham Arnold and David Randall Arendall and Stephanie S. Woodard representing Kim Foreman (Plaintiff)

    Christopher C. Murray and Mark J Romaniuk representing Masterbrand Cabinets, Inc. (Defendant)

U.S. District Court
Alabama Middle District
Calendar Events Set For 9/5/2007

Judge Myron H. Thompson, Presiding
Opelika, Alabama

JURY SELECTION & TRIAL,
WENDALL DEAN VAN METER et al v THE CITY OF LANETT, AL et al, 3:06cv583-MHT

10:00 AM                                                           ETT 2 Days

<u>3:06-cv-00583-MHT-TFM Van Meter et al v. The City of Lanett, Alabama et al</u>
(Nature of Suit 442 - Civil Rights: Jobs)

James C Ingram, Jr and William Gay Harris representing Wendell Dean Van Meter and Neva Jane Meter (Plaintiffs)

George Baron Coleman and Timothy Randall Lyons representing The City of Lanett, Alabama, Oscar Crawley, Kyle McCoy, John Duskin, Mike Yarbrough, and Joel G. Holley (Defendants)

U.S. District Court
Alabama Middle District
Calendar Events Set For 9/5/2007

Judge Myron H. Thompson, Presiding
Opelika, Alabama

JURY SELECTION & TRIAL, OWEN J. ROGAL D.D.S., P.C. v SKILSTAF, INC.,
3:06cv711-MHT

10:00 AM                                                                                                          ETT 1 Day

    3:06-cv-00711-MHT-WC Owen J. Rogal, D.D.S., P.C. v. Skilstaf, Inc.
    (Nature of Suit 791 - Labor: E.R.I.S.A.)

    Robert E Cole representing Owen J. Rogal, D.D.S., P.C. (Plaintiff)

    Amelia T. Driscoll and Beth A. Friel and Charles Andrew Stewart III and Jeanne L. Bakker representing Skilstaf, Inc. (Defendant)

    Amelia T. Driscoll representing Skilstaf, Inc. (Counter Claimant)

    (no aty) representing Owen J. Rogal, D.D.S., P.C. (Counter Defendant)

U.S. District Court
Alabama Middle District
Calendar Events Set For 9/5/2007

Judge Myron H. Thompson, Presiding
Opelika, Alabama

JURY SELECTION & TRIAL, OWEN J. ROGAL D.D.S., P.C. v SKILSTAF, INC.,
3:06cv728-MHT

10:00 AM                                                                 ETT 1 Day

3:06-cv-00728-MHT-WC Owen J. Rogal, D.D.S., P.C. v. Skilstaf, Inc.
(Nature of Suit 791 - Labor: E.R.I.S.A.)

Robert E Cole representing Owen J. Rogal, D.D.S., P.C. (Plaintiff)

Amelia T. Driscoll and Beth A. Friel and Charles Andrew Stewart III and Jeanne L. Bakker representing Skilstaf, Inc. (Defendant)

Amelia T. Driscoll representing Skilstaf, Inc. (Counter Claimant)

(no aty) representing Owen J. Rogal, D.D.S., P.C. (Counter Defendant)

Amelia T. Driscoll representing Skilstaf, Inc. (Counter Claimant)

(no aty) representing Owen J. Rogal, D.D.S., P.C. (Counter Defendant)