IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

WENDELL DEAN VAN METER and )
NEVA JANE VAN METER,        )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )      3:06cv583-MHT
                            )         (WO)
THE CITY OF LANETT,         )
ALABAMA; OSCAR CRAWLEY,     )
individually and as Mayor   )
of the City of Lanett; KYLE )
MCCOY, individually and as  )
Lanett City Councilman;     )
JOHN DUSKIN, individually   )
and as Lanett City          )
Councilman; MIKE YARBROUGH, )
individually and as Lanett  )
City Councilman; JOEL G.    )
HOLLEY, individually  and   )
as Lanett City Manager,     )
                            )
    Defendants.             )

ORDER

    It is ORDERED that the motion in limine (Doc. No. 34)

is denied as moot.

    DONE, this the 24th day of August, 2007.

            ___/s/ Myron H. Thompson___
            UNITED STATES DISTRICT JUDGE