IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDELL DEAN VAN METER and ) <br> NEVA JANE VAN METER, ) <br>  ) <br>   Plaintiffs, ) <br>  ) <br>   v. ) <br>  ) <br> THE CITY OF LANETT, ) <br> ALABAMA; OSCAR CRAWLEY, ) <br> individually and as Mayor ) <br> of the City of Lanett; KYLE ) <br> MCCOY, individually and as ) <br> Lanett City Councilman; ) <br> JOHN DUSKIN, individually ) <br> and as Lanett City ) <br> Councilman; MIKE YARBROUGH, ) <br> individually and as Lanett ) <br> City Councilman; JOEL G. ) <br> HOLLEY, individually and ) <br> as Lanett City Manager, ) <br>  ) <br>   Defendants. ) | CIVIL ACTION NO. <br> 3:06cv583-MHT <br> (WO) |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) Defendants City of Lanett, Oscar Crawley, Joel G. Holley, Kyle McCoy, John Duskin, and Mike

    Yarbrough's motion for summary judgment (Doc. No. 8) is granted as to plaintiffs Wendell Dean Van Meter and Neva Jane Van Meter's federal claims.

(2) Judgment is entered in favor of defendants City of Lanett, Oscar Crawley, Joel G. Holley, Kyle McCoy, John Duskin, and Mike Yarbrough and against the Van Meter plaintiffs on the Van Meter plaintiffs' federal claims, with the Van Meter plaintiffs taking nothing as to said claims.

(3) Pursuant to 28 U.S.C. § 1367(c), the Van Meter plaintiffs' state-law claims are remanded to the Circuit Court of Chambers County, Alabama.

It is further ORDERED that costs are taxed against the Van Meter plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

The clerk of the court is further DIRECTED to enter

this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    DONE, this the 24th day of August, 2007.

                                          /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE